IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY                                                    PLAINTIFF

v.                              No. 3:15-cv-106-DPM

KEITH BLACKMAN, Judge, Craighead
County District Court; BRETT DUNCAN,
Jail Administrator, Craighead County
Jail; and DALTON SHANNON, Police Officer,
Jonesboro Police Department                                       DEFENDANTS

## JUDGMENT

Gray's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

19 August 2015